NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000919
08-JUN-2012
08:17 AM**

NO. CAAP-11-0000919

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,, Plaintiff-Appellee, v.
DANIEL LOUIS JONES, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1DTI-11-086156)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Fujise and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) Defendant-Appellant Daniel Louis Jones (Appellant) filed a notice of appeal on November 23, 2011; (2) on February 21, 2012, the appellate clerk filed the record on appeal and informed Appellant that the jurisdictional statement was due on March 2, 2012 and the opening brief was due on April 2, 2012; (3) Appellant did not file either document; (4) on May 16, 2012, the appellate clerk informed Appellant that: (a) the time to file the jurisdictional statement and the opening brief expired; (b) the

matter would be called to the attention of the court on May 26, 2012; and (c) the appeal may be dismissed pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 30; and (5) Appellant did not file the jurisdictional statement and the opening brief or seek relief from default.  Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawai'i,  June 8, 2012.

Presiding Judge

Associate Judge

Associate Judge